# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOUGLAS JONES, JR., # 226477,

      Petitioner,

v.                                                Case Number: 10-CV-13527
                                                                    Honorable George Caram Steeh

DEBRA SCUTT,

      Respondent.
_____/

## **JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated September 9, 2010, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    BY: s/Josephine Chaffee
                                                         DEPUTY COURT CLERK

Dated: September 9, 2010